1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRE'VELLE CROCKETT, | ) | Case No. CV 13-7785-AG (PJW) |
|---|---|---|
| Plaintiff, | ) ) | ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) ) | AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| EVERTT C. COTTRELL, et al., | ) ) |  |
| Defendants. | ) ) |  |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' motion to dismiss, motion for partial summary judgment, the records on file herein, the objections, and the Final Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the original Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that the Defendants' motion for partial

//
//
//
//

summary judgment on Counts I-VI is granted.  It is further ordered that Defendants' motion to dismiss Counts VII and VIII is denied.

      DATED: <u>January 31, 2016</u>.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE