UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7785-AG-PJW | Date | August 11, 2016 |
|---|---|---|---|

| Title | Bre'Velle Crockett v. Evertt C. Cottrell, et al. |
|---|---|

Present: The Honorable   Patrick J. Walsh, U.S. Magistrate Judge

| Isabel Martinez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| N/A | N/A |

**Proceedings:**   Order to Show Cause for Failure to Prosecute

    On July 26, 2016, the Court ordered Plaintiff to respond to Defendants' discovery requests and to provide his telephone number to the Court and Defense counsel. The Court informed Plaintiff that, failure to comply with its order could result in dismissal for failure to prosecute. Plaintiff failed to respond. As the Court previously noted, Plaintiff also failed to appear for his deposition on July 6, 2016 and has not responded to any written discovery from Defendants. Additionally, he has not made an appearance in this case since October 24, 2014.

    Plaintiff is ordered to appear before the Court (by telephone) on Friday, August 26, 2016, at 2:00 p.m. and show cause as to why the action should not be dismissed for failure to prosecute. If for some reason Plaintiff cannot appear on that date he must contact the Court (213-894-8958) and make other arrangements. Failure to comply with this Order will result in dismissal of this action.

S:\PJW\Cases-Civil Rights\CROCKETT 7785\MO_OSC to Dismiss for Failure to Prosecute.wpd

    :  00

Initials of Preparer   im