JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRE'VELLE CROCKETT, | ) | CASE NO. CV 13-7785-AG (PJW) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| EVERTT C. COTTRELL, ET. AL., | ) | |
| Defendants. | ) | |

    Pursuant to the Order Dismissing Action for Failure to Prosecute,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: <u>August 31, 2016</u>.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Crockett Judgment.wpd